IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOBAL RUIZ,** | : | |
| Petitioner, | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 18-880** |
| | : | |
| **THOMAS McGINLEY et al.,**[1] | : | |
| Respondents. | : | |

## ORDER

This 21st day of February, 2023, for the reasons outlined in the accompanying memorandum, it is hereby **ORDERED** that Petitioner's Objection to the R&R, ECF 10, is **SUSTAINED**. The Court deems the Petition timely filed under the doctrine of equitable tolling. Petitioner is further granted leave for counsel to file an amended petition.

    /s/ Gerald Austin McHugh
United States District Judge

---

[1] The current superintendent of S.C.I. Coal Township, where Ruiz is now incarcerated, is Thomas McGinley. The proper respondent in a habeas petition is the current superintendent of a petitioner's current facility, and the caption should be changed accordingly. *See* Rule 2(a), Rules Governing Section 2254 Cases (2019).