IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOBAL RUIZ,<br>   Petitioner<br><br>   v.<br><br>THOMAS McGINLEY et al.,<br>   Respondents | :<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br>No. 18-880 |

# **ORDER**

   This 29th day of March, 2024, it is hereby **ORDERED** that Petitioner's Amended Petition for Writ of Habeas Corpus, ECF 26, is **GRANTED** as to claim one: that Mr. Ruiz's sentencing counsel provided ineffective assistance in failing to investigate and present mitigating evidence at his sentencing. Petitioner must within 180 days receive a new sentencing hearing from the Berks County Court of Common Pleas.

                       /s/ Gerald Austin McHugh
                        United States District Judge